Joe Jackson et al., Respondents, v. Martha Russell
et al., Appellants.

St. Louis Court of Appeals, February 23, 1887.

Practice—Objections to Evidence.—Unless objections to evidence
are specific, they will not be reviewed on appeal.

Appeal from the Stoddard County Circuit Court,
John G. Wear, Judge.

*Affirmed.*

Geo. N. Boughton, for the appellants.

Houck & Keaton, for the respondents.

Rombauer, J., delivered the opinion of the court.

The only question presented for our consideration
is, whether the court erred in admitting certain evidence,
offered by the plaintiffs.

The action is one of replevin for certain household
goods. The plaintiff claims them by gift from her
father. The testimony embodied in the record is in the
narrative form. It appears, among other things, that
John J. Collins, the plaintiff's brother, being a witness
examined on her behalf, testified: "Father told me, in
the presence and hearing of the defendant, before they
were married, that he bought the property for sister."
"The defendant objected to the statement, which objec-
tion was, by the court, overruled, to which the defend-
ant at the time excepted." This was the only objec-
tion made.

It is the settled rule in this state, that appellate
courts will not review the action of trial courts, in ad-
mitting testimony, unless the objection made is specific.
Where the evidence was oral, an objection specifying

that it was incompetent and irrelevant, was held to be a sufficient specification in some cases. *Rogers v. Troost, Adm'r,* 51 Mo. 470, 476. But in no case has an objection been held sufficient, which specified no grounds whatever. On the contrary, such objections have been uniformly disregarded. *Margrave v. Ausmuss,* 51 Mo. 561, 567, and cases cited.

As the overruling of the plaintiffs' objection to the admission of this testimony is the only error complained of, and as this error is not well assigned, the judgment is affirmed. All the judges concur.